FILED
CLERK, U.S. DISTRICT COURT

February 2, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA CARINGAL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No. 2:20-cv-11202 SB (JPRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:20-cv-11202 SB (JPRx), is dismissed in its entirety as to all defendants with prejudice. All dates set in this matter are hereby vacated and taken off calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

Dated: February 2, 2021

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

175986.1

1　　Case No. 2:20-cv-11202 SB (JPRx).
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE